IN THE CIRCUIT COURT OF THE 18TH JUDICIAL CIRCUIT IN AND FOR
BREVARD COUNTY, FLORIDA

CASE NO.:
05-2009- CA-065 395-XXXX- FP

6:10cv-cv-106-ORL-35DAB

ZURICH NORTH AMERICA, a Foreign Corporation,
a/s/o SGC GROUP INC, a Florida Corporation a/a/o
PYTHA DEVELOPMENT, LLC, a Florida limited
liability company,

       Plaintiff,

v.

MID-CONTINENT CASUALTY COMPANY, a
Foreign Corporation,

       Defendant.

_____/

## COMPLAINT

**COMES NOW** Plaintiff, ZURICH NORTH AMERICA, a Foreign Corporation, a/s/o

SGC GROUP, INC., a Florida Corporation, ("ZURICH") a/a/o PYTHA DEVELOPMENT,

LLC, a Florida limited liability company ("PYTHA") by and through undersigned counsel and

pursuant to the Florida Rules of Civil Procedure and to Chapter 86.04 et. Seq. Florida Statutes,

and respectfully sues the Defendant, MID-CONTINENT CASUALTY COMPANY, a foreign

corporation, and so alleges:

## PARTIES

1.    At all times material, ZURICH was and remains a foreign corporation registered

with the State of Florida Department of Insurance. At all times material ZURICH was and

remains authorized to do insurance business in the State of Florida. At all times material,

ZURICH was doing business in the State of Florida, most specifically, in Brevard County, Florida.

2.      At all times material, SGC GROUP, INC. ("SGC") was and remains a Florida corporation with a principal place of business in Titusville, Brevard County, Florida and was and remains ZURICH'S insured.

3.      At all times material, ZURICH insured SGC pursuant to a certain policy of insurance Policy No. BR 65732176, a copy of which is not attached because ZURICH is not suing upon/under/pursuant to the Policy and does not seek to construe or otherwise enforce its terms, and therefore, is not legally obliged pursuant to Fla.R.Civ.P. 1.110 to attach a copy of the Policy.

4.      At all times material, MID-CONTINENT CASUALTY COMPANY ("MID-CONTINENT") was and remains a foreign corporation and is believed to be registered with the State of Florida Department of Insurance and thereby was and remains authorized to do business in the insurance industry in the State of Florida.

5.      At all times material, MID-CONTINENT was doing business in Titusville, Brevard County, Florida and, in particular, on April 12, 2007, MID-CONTINENT insured PYTHA DEVELOPMENT, LLC, a Florida limited liability corporation, with a principal place of business located at 2199 Birdle Eagle Drive, Titusville, Florida 32796.  At this time, ZURICH does not have a copy of this Policy of Insurance but intends to obtain a true and correct copy through discovery and will accordingly seek leave to amend to attach such copy to this Complaint.

2

6.      At all times material, PYTHA provided general contracting services in the construction industry in the State of Florida.

## STATEMENT OF JURISDICTION

7.      MID-CONTINENT is subject to the personal jurisdiction of the State of Florida by virtue of its presence in the State of Florida and in insuring PYTHA in the State of Florida out of which the subject claims an issue arose, giving rise to this present cause of action.

8.      This Court has subject matter jurisdiction in this matter pursuant to F.S. § 86.011 and because the amount in controversy is in excess of Fifteen Thousand Dollars ($15,000.00).

## STATEMENT OF VENUE

9.      Venue is proper in Brevard County, Florida because the material acts, errors, and/or omissions which give rise to this action occurred in this venue.

## GENERAL ALLEGATIONS

10      On or about April 12, 2007, PYTHA negligently performed general contracting services, including supervising services, for SGC with respect to the construction of that certain warehouse, when suddenly, unexpectedly, and without warning, a wooden truss collapsed and thereby caused extensive damage to other property owned by SGC at the construction site located at 3650 Bobbi Lane, Titusville, Florida, which properly was not in the care, custody or control of PYTHA at the time of the damage. The collapse was caused in whole or in part by the negligence of PYTHA.

11.     Pursuant to the terms of the ZURICH Policy, SGC timely notified ZURICH of the loss and made a claim for damages. ZURICH investigated the damages and concluded that the

3

loss was a covered loss within the Policy.  ZURICH paid SGC insurance benefits in the total amount of One Hundred Eighteen Thousand Two Hundred Eighty Seven Dollars and Forty Five Cents ($118,287.45); and thereby, ZURICH became equitably subrogated to all the rights, claims and causes of action that SGC would otherwise have against any third party whose acts, errors or omissions caused/contributed to SGC'S damages.  SGC also authorized ZURICH to seek recovery of SGC'S deductible of Two Thousand Five Hundred Dollars ($2,500.00), for a total damage amount of One Hundred Twenty Thousand Seven Hundred Eighty Seven Dollars and Forty Five Cents ($120,787.45).

12.     PYTHA denied ZURICH'S demand for payment of One Hundred Twenty Thousand Seven Hundred Eighty Seven Dollars and Forty Five Cents ($120,787.45). Accordingly, ZURICH sued PYTHA for damages in the amount of One Hundred Twenty Thousand Seven Hundred Eighty Seven Dollars and Forty Five Cents ($120,787.45) in the case styled, "ZURICH NORTH AMERICA, a Foreign Corporation, a/s/o SGC GROUP, INC., a Florida Corporation v. PYTHA DEVELOPMENT, LLC, a Florida Limited Liability Corporation, and TJ MCDONALD CONSTRUCTION, INC., Case No. 05-2008-CA-049748, In the Circuit Court of the Eighteenth Judicial Circuit In and For Brevard County, Florida" ("the Underlying Action").

13.     MID-CONTINENT wrongfully denied PYTHA'S demand for a defense because MID-CONTINENT was of the opinion that pursuant to the terms of their Policy, there was no coverage for ZURICH'S CLAIM.  Accordingly, MID-CONTINENT was given notice of this litigation and allowed full opportunity to defend its insured as well as to participate in all settlement negotiations but MID-CONTINENT declined.  As a matter of law, MID-

CONTINENT is vouched in as to all matters determined in the final judgment. *See: Olin's Rent-A-Car Systems, Inc. v. Royal Continental Hotels, Inc.*, 187 So.2d 349 (Fla. 4th DCA 1966).

14.     On August 26, 2009, the Court entered the "Consent Final Judgment" in favor of Zurich and against PYTHA for the judgment amount of One Hundred Twenty Thousand Seven Hundred Eighty Seven Dollars and Forty Five Cents ($120,787.45).   A copy of this Consent Final Judgment is attached as **EXHIBIT "A"**.   As set forth and incorporated therein is the Stipulation for Settlement and Release entered into by ZURICH and PYTHA which served as the basis of the Consent Final Judgment and assigns to ZURICH, PYTHA'S rights to pursue a claim against any party which may have culpability related to the liability of PYTHA.

15.     Additionally, Zurich is a judgment creditor of MID-CONTINENT'S insured and as such, is an intended third-party beneficiary to insurance benefit under the MID-CONTINENT'S Policy with full standing to sue MID-CONTINENT. *See*: F.S. § 627.4136.

16.     MID-CONTINENT'S Policy of Liability Insurance insuring PYTHA on April 12, 2007 provides coverage for ZURICH'S claim for damages as set forth in the Consent Final Judgment together with pre-judgment interest accrued from the date ZURICH paid SGC at the legal rate of interest in effect at the time and pre-judgment interest accruing at the legal rate of interest in effect as August 26, 2009, accruing until the judgment amount is paid in full.

17.     ZURICH has performed all conditions precedent to bringing this claim or such performance has been waived.

### COUNT I:  DECLARATORY RELIEF
### (ZURICH AS ASSIGNEE OF PYTHA)

18.     ZURICH realleges paragraphs 1-17 above as if fully set forth herein.

19.    This is a cause of action for Declaratory Relief brought pursuant to F.S. § 86.011 with respect to MID-CONTINENT'S Policy of Liability Insurance under which MID-CONTINENT failed and refused to defend its insured in the Underlying Action and, under which MID-CONTINENT has failed and refused to indemnify its insured for the judgment amount together with pre-judgment and post-judgment interest.

20.    This cause of action seeks this Court's interpretation/construction of the MID-CONTINENT Policy insuring PYTHA on April 12, 2007.

21.    ZURICH is in doubt as to its rights, powers and/or privileges and is in doubt as to MID-CONTINENT'S obligations, duties, liabilities, and powers under such Policy and so, seeks declaratory relief. As an assignee of PYTHA, ZURICH brings this action versus MID-CONTINENT based upon MID-CONTINENT'S failure to provide a defense and/or indemnification to PYTHA.

22.    ZURICH respectfully requests that this Court grant relief in the form of a Declaratory Judgment which clarifies, declares, and adjudicates the parties' respective rights and obligations with respect to ZURICH'S demand for satisfaction of the Consent Final Judgment entered in ZURICH'S favor and against MID-CONTINENT'S insured, PYTHA, together with pre-judgment interest and post-judgment interest and for all other relief deemed just and legally proper under the circumstances including an order requiring MID-CONTINENT to satisfy the Consent Final Judgment with interest and ZURICH'S costs incurred in this Action.

WHEREFORE, ZURICH demands entry of a Declaratory Judgment against MID-CONTINENT declaring MID-CONTINENT to be contractually liable to provide insurance benefits to ZURICH and to enter said Judgment against MID-CONTINENT in the total amount

of One Hundred Twenty Thousand Seven Hundred Eighty Seven Dollars and Forty Five Cents ($120,787.45) as set forth in the Consent Final Judgment together with pre-judgment interest, post-judgment interest, together with costs and all other relief this Court deems just and proper.

## COUNT II: DECLARATORY RELIEF
### (ZURICH IS AN INTENDED THIRD-PARTY BENEFICIARY)

23.     ZURICH realleges paragraphs 1-17 above as if fully set forth herein.

24.     This is a cause of action for Declaratory Relief brought pursuant to F.S. § 86.011 with respect to MID-CONTINENT'S Policy of Liability Insurance under which MID-CONTINENT failed and refused to defend its insured in the Underlying Action and, under which MID-CONTINENT has failed and refused to indemnify its insured for the judgment amount together with pre-judgment and post-judgment interest.

25.     This cause of action seeks this Court's interpretation/construction of the MID-CONTINENT Policy insuring PYTHA on April 12, 2007.

26.     As a Judgment Creditor of MID-CONTINENT'S insured, ZURICH brings this action as an intended third-party beneficiary to the insurance benefits and proceeds under the MID-CONTINENT Policy.   However, ZURICH is in doubt as to its rights, powers and/or privileges and is in doubt as to MID-CONTINENT'S obligations, duties, liabilities, and powers under such Policy and so, seeks declaratory relief.

27.     ZURICH respectfully requests that this Court grant relief in the form of a Declaratory Judgment which clarifies, declares, and adjudicates the parties' respective rights and obligations with respect to ZURICH'S demand for satisfaction of the Consent Final Judgment entered in ZURICH'S favor and against MID-CONTINENT'S insured, PYTHA, together with

pre-judgment interest and post-judgment interest and for all other relief deemed just and legally proper under the circumstances including an order requiring MID-CONTINENT to satisfy the Consent Final Judgment with interest and ZURICH'S costs incurred in this Action.

WHEREFORE, ZURICH demands entry of a Declaratory Judgment against MID-CONTINENT declaring MID-CONTINENT to be contractually liable to provide insurance benefits to ZURICH and to enter said Judgment against MID-CONTINENT in the total amount of One Hundred Twenty Thousand Seven Hundred Eighty Seven Dollars and Forty Five Cents ($120,787.45) as set forth in the Consent Final Judgment together with pre-judgment interest, post-judgment interest, together with costs and all other relief this Court deems just and proper.

## COUNT III: BREACH OF CONTRACT
### (ZURICH AS ASSIGNEE OF PYTHA)

28.     ZURICH realleges paragraphs 1-17 above as if fully set forth herein.

29.     As an assignee of MID-CONTINENT'S insured PYTHA, ZURICH brings this cause of action for breach of the MID-CONTINENT Policy of Liability Insurance insuring PYTHA, pursuant to which MID-CONTINENT owed PYTHA a duty to defend and a duty to indemnify PYTHA with respect to any and all claims, arising out of the collapse of the trusses on April 12, 2007. PYTHA fully performed its obligations to MID-CONTINENT.

30.     Included within the duty to defend, MID-CONTINENT owed a duty to investigate all claims against PYTHA arising out of the collapse of the trusses.

31.     MID-CONTINENT breached the duty to defend by failing to investigate SGC'S and/or ZURICH'S claim and failed and refused to defend PYTHA, and keep contrary to the

8

terms of Policy of Liability Insurance, which resulted in a Judgment entered against PYTHA in favor of ZURICH. *See:* Exhibit "A".

32.    MID-CONTINENT breached its duty to indemnify PYTHA by its failure and refusal to honor its contractual obligations to satisfy the Judgment, together with pre-judgment and post-judgment interest.

33.    Accordingly, MID-CONTINENT is in material breach of the contractual duty owed to PYTHA by failing and refusing to satisfy the Judgment together with pre-judgment and post-judgment interest.

34.    ZURICH is entitled to recover the full amount of the Judgment together with pre-judgment and post-judgment interest and costs.

WHEREFORE, Plaintiff, ZURICH NORTH AMERICA, a Foreign Corporation, a/s/o SGC GROUP, INC., a Florida Corporation, a/a/o PYTHA DEVELOPMENT, LLC, a Florida limited liability company, by and through undersigned counsel, respectfully requests this Court to enter Judgment in favor of ZURICH and against MID-CONTINENT in the full judgment amount of ONE HUNDRED TWENTY THOUSAND SEVEN HUNDRED EIGHTY SEVEN DOLLARS AND FORTY FIVE CENTS ($120,787.45) together with pre-judgment interest calculated at the legal rate of interest in effect at the time ZURICH paid its insured and post-judgment interest calculated at the legal rate of interest in effect on the Judgment date, August 26, 2009, together with costs and all other relief this Court deems just and proper.

## COUNT IV: BREACH OF CONTRACT
### (ZURICH IS AN INTENDED THIRD-PARTY BENEFICIARY)

35.    ZURICH realleges paragraphs 1-17 above as if fully set forth herein.

9

36.    As a Judgment Creditor of MID-CONTINENT'S insured PYTHA, ZURICH brings this cause of action for breach of the MID-CONTINENT Policy of Liability Insurance insuring PYTHA, pursuant to which MID-CONTINENT owed PYTHA a duty to defend and a duty to indemnify PYTHA with respect to any and all claims, arising out of the collapse of the trusses on April 12, 2007. PYTHA fully performed its obligations to MID-CONTINENT.

37.    Included within the duty to defend, MID-CONTINENT owed a duty to investigate all claims against PYTHA arising out of the collapse of the trusses.

38.    MID-CONTINENT breached the duty to defend by failing to investigate SGC'S and/or ZURICH'S claim and failed and refused to defend PYTHA, and keep contrary to the terms of Policy of Liability Insurance, which resulted in a Judgment entered against PYTHA in favor of ZURICH. *See: Exhibit "A".*

39.    MID-CONTINENT breached its duty to indemnify PYTHA by its failure and refusal to honor its contractual obligations to satisfy the Judgment, together with pre-judgment and post-judgment interest.

40.    Accordingly, MID-CONTINENT is in material breach of the contractual duty owed to PYTHA, and in turn ZURICH as a judgment creditor of its insured by failing and refusing to satisfy the Judgment together with pre-judgment and post-judgment interest.

41.    ZURICH is entitled to recover the full amount of the Judgment together with pre-judgment and post-judgment interest and costs.

WHEREFORE, Plaintiff, ZURICH NORTH AMERICA, a Foreign Corporation, a/s/o SGC GROUP, INC., a Florida Corporation, a/a/o PYTHA DEVELOPMENT, LLC, a Florida limited liability company, by and through undersigned counsel, respectfully requests this Court

To enter Judgment in favor of Zurich and against MID-CONTINENT in the full judgment amount of ONE HUNDED TWENTY THOUSAND SEVEN HUNDRED EIGHT SEVEN DOLLARS AND FORTY FIVE CENTS (#120,787.45) together with pre-judgment interest calculated at the legal rate of interest in effect at the time ZURICH paid its insured and post-judgment interest calculated at the legal ate of interest in effect on the Judgment date, August 26, 2009, together with costs and all other relief this Court deems just and proper.

### DEMAND FOR JURY TRIAL

The Plaintiff, ZURICH NORTH AMERICA, A Foreign Corporation, a/s/o SCG GROUP, INC., A Florida Corporation a/a/o PHYTHA DEVELOPMENT, LLC., a Florida limited liability company, hereby demands a jury trial for all issues in the aforementioned Complaint.

Dated this __2__ day of __December__, 2009

DERREVERE, HAWKES & BLACK
470 Columbia Drive, Building B
West Palm Beach, Florida 33409
Telephone:   (561) 684-3222
Facsimile:   (561) 640-3050

JEFFREY R. BURNSIDE, ESQUIRE
FBN: 0021484
MICHAEL B. STEVENS, ESQUIRE
FBN: 0057466